# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>V.                            )<br>)<br>)<br>LUKE BENDER                )<br>         Defendant             ) | CR. NO. 21-508(BAH) |

## LUKE BENDER'S MOTION FOR REVIEW OF DETENTION ORDER

**COMES NOW**, LUKE BENDER, defendant, through undersigned counsel Dwight E. Crawley, pursuant to 18 U.S.C. §3145(b) and respectfully requests that this Honorable Court remove the defendant from the High Intensity Supervision Program (H.I.S.P.) and electronic (GPS) monitoring and place him on personal recognizance (PR) bond with certain conditions. As grounds for this motion, Mr. Bender states the following:

## BACKGROUND

1.    Mr. Bender is charged with multiple crimes concerning his alleged involvement, on January 6, 2021, in protesting the results of the 2020 Presidential election. His charges include one felony and five misdemeanors (Indictment attached).

2.    A detention hearing was held on July 30, 2021, before the Honorable Magistrate Judge Harvey. After hearing from both parties, the court released Mr. Bender on personal recognizance bond with certain conditions of release that included, among other things, "location monitoring as directed by the pretrial services or supervising officer." This later became high

intensity supervision according to Pretrial Services. A copy of the defendant's release conditions is attached to this motion.

## FACTORS TO BE CONSIDERED

Title 18 U.S.C. §3142(g) specifies the factors to be considered in determining whether there are conditions of release that will reasonably assure the appearance of the person at trial as well as provide for the safety of the community. Those factors are:

(1) The nature and circumstances of the offense charged including whether the offense is a crime of violence or involves a narcotic drug;

(2) The weight of the evidence against the person;

(3) The history and characteristics of the person—
    i. The person's character, physical and mental condition, family ties, employment, financial resources, length of residence in community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

    ii. Whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release while pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

(4) The nature and seriousness of the danger to any person or the community that would be posed by the person's release.

## ARGUMENT

In this case, the government does not have any evidence to assert that Mr. Bender is currently a risk of flight or a danger to the community. At the time of the original hearing, it was

communicated that the defendant had several outstanding warrants for his arrest. This was true; however, since his release he has surrendered on those matters and was released on an unsecured bond in each matter. Moreover, the defendant was not aware of one of the warrants and as to the other he planned to turn himself in with the assistance of his attorney in that matter on the date of his arrest in this case.

Since his release concerning all of his matters, the defendant has been in full compliance with his release conditions. He has received approval from Pretrial Services to travel out of state and has done so without incident. He has not missed one check-in, despite the report submitted by Pretrial Services. The date and time of the alleged infraction seems to be erroneous. At the time of the alleged infraction, he was traveling and the time and date are inconsistent with normal check-in times. Moreover, the defendant appeared for court on August 16th and the court was informed that the defendant was in full compliance.

The defendant has a stable residence and an opportunity for employment. He currently resides at his parents' home and he has an opportunity to work in construction with a family friend. In addition to his stable residence and employment opportunity, the defendant is married. However, his wife suffers from several medical issues that require the defendant to assist with her care.

Mr. Bender's conduct since his release clearly shows that he is not a risk of flight or a danger to the community. Accordingly, the defendant requests that he be removed from the High Intensity Supervision Program (H.I.S.P.) and placed on personal recognizance (PR) bond with the following conditions: routine check-ins with Pretrial Services by phone as directed; substance abuse screening; and, if needed, substance abuse and mental health treatment; surrender his passport; seek and receive permission to travel from Pretrial Services if traveling

domestically; seek and receive permission from this court if traveling internationally; not travel to Washington, DC without approval of the court unless it is to appear in court, meet with Pretrial services or meet with his attorney; not possess a firearm; not possess any illegal substances; not engage in any criminal activity; and report any contact with law enforcement.

**WHEREFORE**, counsel respectfully requests that this court grant Mr. Bender's motion.

                              Respectfully submitted
                              LUKE BENDER

                                      /s/
                              _____
                              Dwight E. Crawley, Esq.
                              DC BAR #472672
                              Attorney for LUKE BENDER
                              Law Office of Dwight E. Crawley
                              1300 I. Street, NW
                              Suite 400E
                              Washington, DC 20005
                              (202) 580-9794 Phone
                              (202) 722-0246 Fax
                              vadclawyer@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of August, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

                                      /s/
                              _____
                              Dwight E. Crawley, Esq.
                              DC BAR #472672
                              Attorney for LUKE BENDER
                              Law Office of Dwight E. Crawley
                              1300 I. Street, NW
                              Suite 400E
                              Washington, DC 20005
                              (202) 580-9794 Phone
                              (202) 722-0246 Fax
                              vadclawyer@gmail.com