IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 21CR00508-BAH |
| | ) | |
| | ) | |
| LUKE BENDER | ) | |
|     Defendant | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now counsel for the defendant, LUKE BENDER, and respectfully moves this Honorable Court for permission to withdraw as counsel for the defendant. In support of this motion, Counsel states the following:

1. Counsel was appointed to represent the defendant on July 30, 2021;

2. Since that time, the defendant has retained **Christopher Macchiaroli**;

3. Attorney Macchiaroli entered his appearance on February 18, 2022.

WHEREFORE, Counsel and the defendant respectfully request that this Honorable Court allow Counsel to withdraw in this matter.

Respectfully submitted,
By counsel

/s/
_____
Dwight E. Crawley
Counsel for the defendant
DC Bar#472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005

(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com

## CERTIFICATE OF SERVICE

I hiseby certify that on the 23rd day of February 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all attorneys of record.

/s/
_____

Dwight E. Crawley
Counsel for the defendant
DC BAR #472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com