# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No.: 21-cr-508-BAH |
| | : |
| LUKE WESSLEY BENDER, | : |
| *Defendant*. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Emma J. Mulford of Silverman, Thompson, Slutkin, & White, LLC as retained co-counsel for Defendant Luke Wessley Bender in the above-referenced matter.

Dated: March 3, 2022                    Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

*/s/ Emma J. Mulford*
Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-6249
Facsimile:  (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant*