UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-508 (BAH) |
| **LUKE WESSLY BENDER** and | : | |
| **LANDON BRYCE MITCHELL,** | : | |
| | : | |
| **Defendants.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 13, 2022, the United States and defendants Luke Wessly Bender and Landon Bryce Mitchell provide the following joint status report:

a.  Status of Plea Offers

All outstanding plea offers have expired.

b.  Speedy Trial Act

The parties stipulate and agree that the Court should find that the time between June 24, 2022 and the trial of this matter shall be excluded under the Speedy Trial Act, in the interests of justice. The Court should find that period of time excludable under 18 U.S.C. § 3161(h)(1) & (7)(A). The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial, for reasons including that defendants and their counsel have sufficient time to review the discovery in this case and fully prepare for trial.

c.  Motions Schedule

The parties agree that the Court should set a schedule for pre-trial motions as follows:

Pretrial motions due:  September 2, 2022
Responses due:  October 3, 2022
Replies due:  October 28, 2022

d.  Outstanding Discovery Issues

There are no discovery issues that currently require resolution by the Court.

1

e.    Trial

The parties believe that this case will require a jury trial that may take up to five days. The parties propose trial to commence on December 19, 2022; January 9, 2023; or January 23, 2023.

f.    Issues Requiring Special Attention

There are no issues that currently require the Court's attention.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052 | LUKE WESSLY BENDER<br>Defendant |
| */s/ Jordan A. Konig*<br>JORDAN A. KONIG<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Detailed to the U.S. Attorney's Office<br>For the District of Columbia<br>P.O. Box 55<br>Washington, D.C.  20044<br>202-305-7917 (v) / 202-514-5238 (f)<br>Jordan.A.Konig@usdoj.gov | */s/ Christopher Macchiaroli*<br>CHRISTOPHER MACCHIAROLI<br>Silverman, Thompson, Slutkin & White<br>1750 K Street, NW, Suite 810<br>Washington, D.C.  20006<br>(202) 539-2444<br>cmacchiaroli@silvermanthompson.com |
| | LANDON BRYCE MITCHELL<br>Defendant |
| | */s/ Elizabeth Mullin*<br>ELIZABETH MULLIN<br>Assistant Federal Public Defender<br>625 Indiana Avenue, N.W., Suite 550<br>Washington, D.C. 20004<br>(202) 208-7500<br>Elizabeth_Mullin@fd.org |