IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : No. 21-cr-508-BAH |
| v. | : |
| | : |
| LUKE WESSLEY BENDER, *et al.*, | : |
| | : |
| *Defendants*. | : |

**DEFENDANT LUKE BENDER'S RESPONSE
TO CODEFENDANT'S MOTION TO CHANGE VENUE**

Defendant, Luke Wessley Bender, through his undersigned counsel, hereby notifies the Court that he has no objection to his codefendant's Motion to Change Venue.

Dated: October 3, 2022

Respectfully submitted,

S‍ILVERMAN|T‍HOMPSON|S‍LUTKIN|W‍HITE, LLC

　/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Luke Wessley Bender*