UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-508 (BAH) |
| LUKE WESSLEY BENDER and : | |
| LANDON BRYCE MITCHELL, : | |
| Defendants. : | |

### JOINT STATUS REPORT REGARDING STIPULATED TRIAL & JOINT MOTION REGARDING TRIAL DEADLINES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, Luke Wessley Bender, by and through his counsel, and Landon Bryce Mitchell, by and through his counsel (collectively, "the parties"), file this Joint Status Report Regarding Stipulated Trial pursuant to the Court's November 2, 2022 Minute Entry Order.

As noted in the parties' Joint Motion to Stay Pretrial Deadlines (ECF No. 72), the parties have agreed to conduct a Stipulated Trial in lieu of a traditional trial by jury. The parties have so agreed because a Stipulated Trial will (1) conserve the Court's and the parties' resources by avoiding the time and effort of putting on a fulsome trial by jury, (2) preserve the Defendants' appeal rights with respect to their respective 18 U.S.C. § 1512(c)(2) charges, and (3) afford the Defendants the benefit of credit for acceptance of responsibility in the calculation of their Sentencing Guidelines ranges. The government has already provided the defendants with draft materials for the Stipulated Trial, which defense counsel is currently reviewing with their clients.

Therefore, the parties respectfully request the Court's permission to, on or before November 14, 2022, file (A) the parties' Joint Proposed Procedures for Stipulated Trial, (B) the government's proposed Statement of Facts for Stipulated Trial, to which each Defendant will have agreed, and (C) each Defendant's Agreement and Waiver of Jury Rights.

In addition, the parties respectfully move the Court to (1) convert the currently scheduled December 2, 2022 pre-trial conference date into the date on which the Stipulated Trial will occur, (2) vacate the currently scheduled November 7, 2022 deadline to file the parties' Joint Pretrial Statement, and (3) vacate the currently scheduled trial date of January 9, 2023.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20001
Samantha.Miller@usdoj.gov

MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Michael.Gordon3@usdoj.gov
Tel.: 813-274-6370

JORDAN A. KONIG
Supervisory Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C. 20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/ Elizabeth Mullin
Elizabeth Mullin
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_Mullin@fd.org
Diane_Shrewsbury@fd.org

*Counsel for Landon Bryce Mitchell*


/s/ Christopher Macchiaroli
Christopher Macchiaroli
SILVERMAN, THOMPSON, SLUTKIN & WHITE
1750 K Street NW
Suite 810
Washington, DC 20006
(202) 539-2444
Cmacchiaroli@silvermanthompson.com

Emma Mulford
SILVERMAN, THOMPSON, SLUTKIN & WHITE
400 East Pratt Street
Suite 900
Baltimore, MD 21202
(410) 547-2432
emulford@silvermanthompson.com

*Counsel for Luke Wessley Bender*

2