IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 21-cr-508-01-BAH <br> : |
| v. | : <br> : |
| LUKE WESSLEY BENDER, | : <br> : |
| *Defendant*. | : <br> : |

### DEFENDANT'S RESPONSE TO COURT ORDER

Defendant Luke Wessley Bender, through undersigned counsel, submits the following response to the Court's April 13, 2023 Minute Order, and states, through counsel, that he respectfully takes no position on whether "photo and video evidence identified in government's [91] and [92] Exhibit Lists may be made publicly available without restriction."

Dated: April 20, 2023

Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Luke Wessley Bender*