# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-cr-508-01-BAH
)
LUKE WESSLEY BENDER )

## NOTICE OF APPEAL

Name and address of appellant:

    Luke Wessley Bender
    8186 Peakwood Court, Apt. 3
    Manassas, Virginia 20111

Name and address of appellant's attorney:

    Christopher Macchiaroli, Esq.
    1750 K Street, NW, Suite 810
    Washington, D.C. 20006

Offense:   Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2), et al.

Concise statement of judgment or order, giving date, and any sentence:

    Judgment dated April 20, 2023, resulting in a total sentence of 21 months of incarceration and 36 months of supervised release.

Name and institution where now confined, if not on bail:   On Bail, Pending BOP Designation

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| April 25, 2023 | Luke Wessley Bender |
|---|---|
| DATE | APPELLANT |
| | /s/ Christopher Macchiaroli |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [✓]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [✓]   NO [ ]
Has counsel ordered transcripts?   YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]