# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 21-cr-508-01-BAH <br> : |
| v. | : <br> : |
| LUKE WESSLEY BENDER, | : <br> : |
| *Defendant*. | : <br> : |

## **ORDER**

Upon consideration of the Defendant's *Unopposed* Motion to Modify Release Conditions, it is this _____ day of June, 2023,

ORDERED:

On July 5, 2023, Luke Bender shall report to the Pretrial Services Agency for the District of Columbia for the removal of his GPS monitoring device and shall make all necessary arrangements to surrender to the custody of the Federal Bureau of Prisons on July 6, 2023 as so directed.

SO ORDERED.

_____
BERYL A. HOWELL
District Judge