```
 USACN              *       INMATE DISCIPLINE DATA        *     02-20-2024
PAGE 001 OF 001  *      CHRONOLOGICAL DISCIPLINARY RECORD   *     21:14:37

REGISTER NO: 70528-509 NAME..: MITCHELL, LANDON BRYCE
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-20-2024

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3870097 - SANCTIONED INCIDENT DATE/TIME: 12-21-2023 1131
DHO HEARING DATE/TIME: 02-08-2024 1254
FACL/CHAIRPERSON.....: BMM/TEATE A
REPORT REMARKS.......: ADMITTED TO THE CHARGE
    104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P   DETER CRIMINAL BEHAVIORS
          LP COMM    / 6 MONTHS / CS
                    FROM: 02-08-2024  THRU: 08-07-2024
          COMP:     LAW:
          LP PHONE   / 6 MONTHS / CS
                    FROM: 02-08-2024  THRU: 08-07-2024
          COMP:     LAW:




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```