**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| LUKE WESSLEY BENDER, *et al.*, |
| Defendant. |

Criminal Action No. 21-508

Judge Beryl A. Howell

**<u>ORDER</u>**

Upon consideration of defendants Luke Wessley Bender and Landon Bryce Mitchell's Motions for Release Pending Appeal, ECF Nos. 146 and 148, the legal memoranda in support and in opposition and consideration of the entire record, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Luke Wessley Bender's Motion for Release Pending Appeal, ECF No. 146, and defendant Landon Bryce Mitchell's Motion for Release Pending Appeal, ECF No. 148, are **GRANTED**; and it is further

**ORDERED** that Bender shall be released from the custody of the U.S. Bureau of Prisons on July 7, 2024; and it is further

**ORDERED** that Mitchell shall be released from the custody of the U.S. Bureau of Prisons on November 2, 2024; and it is further

**ORDERED** that defendants report to the U.S. Probation Office in their district of residence within 48 hours of release; and it is further

**ORDERED** that defendants' conditions of release be the same as those set forth in their respective Judgments from this Court, *see* Bender Judgment at 4–7, ECF No. 132; Mitchell Judgment at 4–7, ECF No. 134; and it is further

**ORDERED** that within three days of the Supreme Court issuing its decision in *Fischer v. United States*, No. 23-5572, the parties shall submit jointly a status report indicating whether any

further proceedings in this case are necessary, including revocation of the release pending appeal,

pursuant to 18 U.S.C. § 3143(b), granted herein.

**SO ORDERED.**

Date: March 6, 2024

_____
**BERYL A. HOWELL**
United States District Judge