IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :     No. 21-cr-508-01-BAH <br> : |
| v. | : <br> : |
| LUKE WESSLEY BENDER, | : <br> : |
| *Defendant*. | : <br> : |

**JOINT STATUS REPORT**

The United States of America and Defendant Luke Wessley Bender, through their respective undersigned counsel, file the present joint status report, and state as follows.

    1.     On August 9, 2024, this Court issued an Order that the "parties jointly submit a status report proposing a schedule for further proceedings in this matter, on or before November 8, 2024, or within five days of the issuance of the mandate in the appeal of this case."

    2.     On September 9, 2024, the United States Court of Appeals for the D.C. Circuit issued a Mandate to this Court to vacate Defendant Luke Bender's conviction "under 18 U.S.C. § 1512(c)(2)."[1]

    3.     Accordingly, the parties request the scheduling of a resentencing hearing in this matter.

Dated: September 13, 2024          Respectfully submitted,

                                           /s/ Christopher Macchiaroli
                                  Christopher Macchiaroli (D.C. Bar No. 491825)
                                  Silverman, Thompson, Slutkin & White LLC
                                  1775 I Street, NW, Suite 1150
                                  Washington, D.C. 20006

---

[1] Undersigned counsel notes that Mr. Bender's codefendant Landon Mitchell's case is still pending before the United States Court of Appeals for the D.C. Circuit and the parties in that matter have requested a briefing schedule to litigate that appeal.

Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

  /s/ Emma J. Mulford
Emma J. Mulford (Bar No. MD0146)
Silverman, Thompson, Slutkin & White LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Luke Wessley Bender*

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

*Counsel for the United States of America*