IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :  :    No. 21-cr-508-01-BAH : |
| v. | : : |
| LUKE WESSLEY BENDER, | : : |
| *Defendant*. | : : |

## MOTION FOR HEARING

Defendant Luke Wessley Bender, through his undersigned counsel, files the present motion requesting a hearing in this matter, and states as follows.

1. On August 9, 2024, this Court issued an Order that the "parties jointly submit a status report proposing a schedule for further proceedings in this matter, on or before November 8, 2024, or within five days of the issuance of the mandate in the appeal of this case."

2. On September 9, 2024, the United States Court of Appeals for the D.C. Circuit issued a Mandate to this Court to vacate Defendant Luke Bender's conviction "under 18 U.S.C. § 1512(c)(2)."[1]

3. On September 13, 2024, the parties filed a Joint Status Report requesting the scheduling of a resentencing hearing in this matter. *See* D.E. 168.

4. Counsel for the parties have conferred and are available for a resentencing hearing in this matter on October 10, October 11, or October 17, 2024.

5. Through counsel, Mr. Bender looks forward to highlighting to the Court all the

---

[1] Undersigned counsel notes that Mr. Bender's codefendant Landon Mitchell's case is still pending before the United States Court of Appeals for the D.C. Circuit and the parties in that matter have requested a briefing schedule to litigate that appeal.

courses that he took while incarcerated for approximately twelve months in the Federal Bureau of Prisons and his current compliance while on release, including, multiple negative drug tests.

6. As this Court noted at his sentencing, Mr. Bender "got his life back on track" and "has goals in his life." Sentencing Tr. at 110:11-14. In deciding to release Mr. Bender pending his appeal, the Court noted that "'[f]rom his arrest, until the day he reported to prison, Mr. Bender was in 100 percent compliance with the Pretrial Services Agency's High Intensity Supervision Program, to include Global Position Systems ("GPS") monitoring, without any GPS or curfew non-compliance.'" D.E. 161 at 6-7.

7. Mr. Bender looks forward to having his felony conviction vacated so that his employment and residential opportunities are not hindered by the nature of that conviction.

8. Accordingly, Mr. Bender requests that the Court grant his motion and schedule a resentencing hearing in this matter.

Dated: September 26, 2024    Respectfully submitted,

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
Silverman, Thompson, Slutkin & White LLC
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

    /s/ Emma J. Mulford
Emma J. Mulford (Bar No. MD0146)
Silverman, Thompson, Slutkin & White LLC
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile:  (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Luke Wessley Bender*